■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR HARRISON, Also Known as BOBBY HARRISON, Appellant. — Judgment unanimously affirmed. Same memorandum as in *People v Polk* (84 AD2d 943). (Appeal from judgment of Onondaga County Court, Sullivan, J. — criminal facilitation, second degree.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Moule, JJ.